UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY, )<br><br>Plaintiffs, )<br><br>v. )<br><br>B&B HEAT & AIR, INC. and ANN KINSER, )<br><br>Defendants. ) | Case No. 21-CV-009-CVE-SH |

## DECLARATORY JUDGMENT

Ohio Security Insurance Company and The Ohio Casualty Insurance Company filed this case seeking a declaratory judgment that they have no obligation to defend or indemnify B&B Heat & Air, Inc. in a state court lawsuit filed by Ann Kinser. <u>Ann Kinser v. B&B Heating & Air Conditioning, Inc.</u>, Delaware County District Court Case No. CJ-2020-70. On November 23, 2022, the Court entered an opinion and order (Dkt. # 63), <u>inter alia</u>, granting plaintiffs' motion for summary judgment and finding that plaintiffs are entitled to the declaratory relief sought in the complaint.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of plaintiffs and against defendants as to plaintiffs' claim and, pursuant to 28 U.S.C. § 2201, the Court declares that:

1. Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company have no obligation to defend B&B Heat & Air, Inc. against Ann Kinser's

negligence claim in <u>Ann Kinser v. B&B Heating & Air Conditioning, Inc.</u>, Delaware County District Court Case No. CJ-2020-70.

2. Plaintiffs Ohio Security Insurance Company and The Ohio Casualty Insurance Company have no obligation to indemnify B&B Heat & Air, Inc. against Ann Kinser's negligence claim in <u>Ann Kinser v. B&B Heating & Air Conditioning, Inc.</u>, Delaware County District Court Case No. CJ-2020-70.

**DATED** this 23rd day of November, 2022.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE