UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY; and THE OHIO CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> B&B HEAT & AIR, INC., and ANN KINSER, <br><br> Defendants. | Case No. 4:21-cv-00009-CVE-SH |

## NOTICE OF APPEAL

Notice is hereby given that B&B Heat & Air, Inc., Defendant in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on November 23, 2022.

*s/Katherine T. Loy*
Katherine T. Loy, OBA #15358
Marcus Glen Mullins, OBA #6503
Durbin, Larimore & Bialick
920 North Harvey
Oklahoma City, OK 73102-2610
Telephone: (405) 235-9584
Facsimile: (405) 235-0551
kloy@dlb.net; gmullins@dlb.net
Attorneys for Defendant, B&B Heat & Air, Inc.

## CERTIFICATE OF SERVICE

☒I hereby certify that on December 21, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

William W. O'Connor, OBA #13200
Robert P. Fitz-Patrick, OBA #14713
Margo E. Shipley, OBA #32118
Hall, Estill, Hardwick,
Gable, Golden & Nelson, P.C.
320 S Boston Ave., Suite 200
Tulsa, OK 74103-3706
Telephone: (918) 594-0400
Facsimile: (918) 594-0505
boconnor@hallestill.com
mshipley@hallestill.com
rfitzpatrick@hallestill.com
Attorneys for Plaintiffs

Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
David M. Bross, OBA #31345
Smolen & Roytman
701 S Cincinnati Ave.
Tulsa, OK 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
danielsmolen@ssrok.com
laurenlambright@ssrok.com
davidbross@ssrok.com
Attorneys for Defendant, Ann Kisner

*s/Katherine T. Loy*
Katherine T. Loy

3895.0002\18343512_1