IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **OHIO SECURITY INSURANCE COMPANY, and THE OHIO CASUALTY INSURANCE COMPANY**<br><br>**Plaintiffs,**<br><br>v.<br><br>**B&B HEAT & AIR, INC., and ANN KINSER,**<br><br>**Defendants.** | Case No. 21-cv-009-CVE-SH |

**PLAINTIFFS' NOTICE OF SETTLEMENT**

Plaintiffs respectfully submit this Notice that Plaintiffs and B&B Heat & Air, Inc. ("B&B") have reached an agreement to resolve their differences regarding all issues related to this action and the judgment entered in favor of Plaintiffs in this matter [Doc. No. 64].[1] Accordingly, Plaintiffs respectfully and without opposition request that this Court enter an administrative closing order, suspending proceedings herein until either a stipulated dismissal is filed or forty-five (45) days passes, whichever comes first. Counsel for B&B does not opposed this request for an administrative closing order.[2]

---

[1] Defendant Kinser is not affected by this Notice or the relief sought herein, as this coverage litigation has primarily been a dispute between Plaintiffs and B&B. Further, the judgment entered in this matter has become final with regard to Defendant Kinser, who did not appeal Plaintiffs' declaratory judgment. Ultimately, upon information and belief, Ms. Kinser has no objection to the administrative closing order sought in connection with this Notice.

[2] For the Court's information, the undersigned has informed the Tenth Circuit Mediation Office of the settlement, which will ultimately result in the dismissal of the pending appeal; that Office is working with the parties to avoid unnecessary litigation in that Court.

Respectfully submitted,

**HALL, ESTILL, HARDWICK, GABLE, GOLDEN & NELSON, P.C.**

*/s Robert P. Fitz-Patrick*
William W. O'Connor, OBA No. 13200
Robert P. Fitz-Patrick, OBA No. 14713
Margo E. Shipley, OBA No. 32118
320 South Boston Avenue, Suite 200
Tulsa, OK  74103-3706
Telephone:  (918) 594-0400
Facsimile:  (918) 594-0505
boconnor@hallestill.com
rfitzpatrick@hallestill.com
mshipley@hallestill.com

**ATTORNEYS FOR PLAINTIFFS, OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2023, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which will generate notice of this filing to all counsel of record.

*/s Robert P. Fitz-Patrick*
Robert P. Fitz-Patrick