UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

Christopher M. Wolpert
Clerk of Court

Jane K. Castro
Chief Deputy Clerk

February 07, 2023

Mr. Mark C. McCartt
United States District Court for the Northern District of Oklahoma
333 West 4th Street, Room 411
Tulsa, OK 74103

**RE:** **22-5116, Ohio Security Insurance Company, et al v. B&B Heat & Air, et al**
Dist/Ag docket: 4:21-CV-00009-CVE-SH

Dear Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate issued today, and the court's judgment takes effect. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

CC: Counsel of Record
CMW/jjh

## Brenda Conley

| | |
|---|---|
| **From:** | ca10_cmecf_notify@ca10.uscourts.gov |
| **Sent:** | Tuesday, February 7, 2023 2:18 PM |
| **To:** | CM-ECF Intake OKND |
| **Subject:** | 22-5116 Ohio Security Insurance Company, et al v. B&B Heat & Air, et al "Mandate issued" (4:21-CV-00009-CVE-SH) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

**Tenth Circuit Court of Appeals**

**Notice of Docket Activity**

The following transaction was entered on 02/07/2023 at 1:15:38 PM Mountain Standard Time and filed on 02/07/2023

| | |
|---|---|
| **Case Name:** | Ohio Security Insurance Company, et al v. B&B Heat & Air, et al |
| **Case Number:** | 22-5116 |
| **Document(s):** | Document(s) |

**Docket Text:**
[10975254] Mandate issued. [22-5116]

**Notice will be electronically mailed to:**

Mr. David Matthew Bross: davidbross@ssrok.com
Mr. Robert Paul Fitz-Patrick: rfitzpatrick@hallestill.com, zbrewer@hallestill.com
Ms. Katherine Loy: kloy@dlb.net, dlb@dlb.net
Mr. Mark C. McCartt, Clerk of Court (oclk): CM-ECFIntake_OKND@oknd.uscourts.gov
Mr. Glen Mullins: gmullins@dlb.net
Mr. William Walker O'Connor: boconnor@hallestill.com, lrichards@hallestill.com, lwilliams@hallestill.com
Ms. Margo E. Shipley: mshipley@hallestill.com
Mr. Daniel E. Smolen: Danielsmolen@ssrok.com, kendrasrash@gmail.com, laurenlambright@ssrok.com, kendrarash@ssrok.com, bryonhelm@ssrok.com, sterlingsims@ssrok.com, bobblakemore@ssrok.com, bryondhelm@gmail.com, bblakemore47@icloud.com, sterling.a.sims@gmail.com

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter - Case Dismissed
**Original Filename:** /opt/ACECF/live/forms/JenniferHawkins_225116_10975254_165.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1104938855 [Date=02/07/2023] [FileNumber=10975254-0]
[24f96f501ebd153f256e4dcdab9ce69127ba5e35b16694ad3b7cd702b9254033f34f5d04cb426f36afb7e751800ac3616f4f

377fd1322817b71d01d4591579ea]]
**Recipients:**

- [Mr. David Matthew Bross](#)
- [Mr. Robert Paul Fitz-Patrick](#)
- [Ms. Katherine Loy](#)
- [Mr. Mark C. McCartt, Clerk of Court (oclk)](#)
- [Mr. Glen Mullins](#)
- [Mr. William Walker O'Connor](#)
- [Ms. Margo E. Shipley](#)
- [Mr. Daniel E. Smolen](#)