# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| OHIO SECURITY INSURANCE COMPANY and THE OHIO CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>B&B HEAT & AIR, INC. and ANN KINSER,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 21-CV-009-CVE-SH<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes on for consideration of Plaintiffs' Unopposed Motion to Withdraw Their Motion for Attorney Fees (Dkt. # 84). Plaintiffs request leave to withdraw their motion for attorney fees (Dkt. # 66), and plaintiffs also ask the Court to withdraw the bill of costs (Dkt. # 65). Defendants do not oppose plaintiffs' motion. The Court has reviewed plaintiffs' motion (Dkt. # 84) and finds that it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion to Withdraw Their Motion for Attorney Fees (Dkt. # 84) is **granted**.

**IT IS FURTHER ORDERED** that plaintiffs' bill of costs (Dkt. # 65) and motion for attorney fees (Dkt. # 66) are **withdrawn**, and the award of costs in favor of plaintiffs (Dkt. # 73) is **vacated**.

**DATED** this 15th day of February, 2023.

_____
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE